In re    **Teresa T Eades**                                                                                                   Case No.    **05-32864**
                                                                            ,
                                       Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash** | - | **25.00** |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **SSA FCU Savings** | - | **14.96** |
| | | | **Security Plus Federal Credit Union Checking account** | - | **16.53** |
| | | | **Security Plus Federal Credit Union PFP** | - | **282.35** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture at residence** | - | **194.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Clothing** | - | **116.00** |
| 7. | Furs and jewelry. | | **Jewelry** | - | **10.00** |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **3 AIG whole Life Policies** | - | **0.00** |

Sub-Total >          **658.84**
(Total of this page)

  **2**    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re   **Teresa T Eades** _____,   Case No. ____**05-32864**_____

                            Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | **CSRS Retirement** | - | 2,020.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >          **2,020.00**
(Total of this page)

Sheet __**1**__ of __**2**__ continuation sheets attached
to the Schedule of Personal Property

In re    **Teresa T Eades**                                                    ,     Case No.    __05-32864__
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **2,678.84** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re  **Teresa T Eades**                                                                ,    Case No. ___**05-32864**___
_____
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
☐ 11 U.S.C. §522(b)(1):  Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
■ 11 U.S.C. §522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **25.00** | **25.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **SSA FCU Savings** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **14.96** | **14.96** |
| **Security Plus Federal Credit Union Checking account** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **16.53** | **16.53** |
| **Security Plus Federal Credit Union PFP** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **282.35** | **282.35** |
| **Household Goods and Furnishings** | | | |
| **Furniture at residence** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4)** | **194.00** | **194.00** |
| **Wearing Apparel** | | | |
| **Clothing** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4)** | **116.00** | **116.00** |
| **Furs and Jewelry** | | | |
| **Jewelry** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** | **10.00** | **10.00** |
| **Interests in Insurance Policies** | | | |
| **3 AIG whole Life Policies** | **Md. Code Ann., Ins. § 16-111(a)** | **0.00** | **0.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **CSRS Retirement** | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(h)** | **2,020.00** | **2,020.00** |
| | Total: | **2,678.84** | **2,678.84** |

___**0**___  continuation sheets attached to Schedule of Property Claimed as Exempt

Form B6E
(04/05)

.

In re    **Teresa T Eades**                                                                , Case No. ___**05-32864**_____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

A complete list of claims entitled to priority,  listed separately by type of priority,  is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3), as amended by § 1401 of Pub L. 109-8.

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**2**_____  continuation sheets attached

Form B6E - Cont.
(04/05)

In re **Teresa T Eades**                                                          , Case No. **05-32864**
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **1917 Lanvall St.** <br><br> **City of Baltimore** <br> **200 Holiday Street** <br> **Baltimore, MD 21202** | - | | **property taxes** | | | | 148.34 | 148.34 |
| Account No. **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** <br><br> **Comptroller of Maryland** <br> **Revenue Administration Division** <br> **Annapolis, MD 21411** | - | | **2007 taxes owed** | | | | 416.99 | 416.99 |
| Account No. **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** <br><br> **IRS** <br> **Insolvency Unit/Special Procedures** <br> **Room 1140** <br> **31 Hopkins Plaza** <br> **Baltimore, MD 21201** | - | | **2007 taxes owed** | | | | 2,020.27 | 2,020.27 |
| Account No. **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** <br><br> **IRS** <br> **Insolvency Unit/Special Procedures** <br> **Room 1140** <br> **31 Hopkins Plaza** <br> **Baltimore, MD 21201** | - | | **2006 taxes owed** | | | | 27.45 | 27.45 |
| Account No. **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** <br><br> **IRS** <br> **Insolvency Unit/Special Procedures** <br> **Room 1140** <br> **31 Hopkins Plaza** <br> **Baltimore, MD 21201** | - | | **2007 taxes owed** | | | | 1,493.45 | 1,493.45 |

Sheet ___1___ of ___2___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 4,106.50 | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6E - Cont.
(04/05)

In re    __Teresa T Eades_____,    Case No. ___05-32864_____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **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** | | | | **2007 taxes owed** | | | | | |
| **IRS Insolvency Unit/Special Procedures Room 1140 31 Hopkins Plaza Baltimore, MD 21201** | - | | | | | | | **1,349.52** | **1,349.52** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __2___ of __2___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | **1,349.52** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **5,456.02** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F
(12/03)

In re __Teresa T Eades_____,   Case No. ___05-32864_____
                                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Alert One Security<br>c/o International Recovery Firm<br>1020 N.W. 6th St., Suite #J<br>Deerfield Beach, FL 33442** | | - | | | misc. | | | | 1,464.71 |
| Account No.<br><br>**America Online<br>PO Box 30623<br>Tampa, FL 33630** | | - | | | service | | | | 115.60 |
| Account No. 1155546<br><br>**American Radiology<br>10373 A Reisterstown Rd.<br>Owings Mills, MD 21117** | | - | | | medical | | | | 11.55 |
| Account No.<br><br>**AT&T Corp.<br>c/o Gulf State Credit, LLC<br>PO Box 105347<br>Atlanta, GA 30348** | | - | | | misc. | | | | 65.28 |

|  |  |
|---|---|
| __7__ continuation sheets attached | Subtotal<br>(Total of this page)   **1,657.14** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:27055-090310   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Teresa T Eades**
_____,  Case No. ____**05-32864**_____
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2503** <br><br>**Baltimore Pulmonary/Critical Care c/o PSS PO Box 20431 Baltimore, MD 21284** | | - | medical | | | | 29.30 |
| Account No. <br><br>**BGE P.O. Box 1475 Baltimore, MD 21203** | | - | service | | | | 2,986.60 |
| Account No. **16668667-0** <br><br>**Bon Secours Baltimore Health System 2000 W. Baltimore Street Baltimore, MD 21223** | | - | medical | | | | 60.00 |
| Account No. **18375592** <br><br>**Bon Secours Baltimore Health System 2000 W. Baltimore Street Baltimore, MD 21223** | | - | medical | | | | 442.42 |
| Account No. <br><br>**Bon Secures 3100 Towanda Avenue Baltimore, MD 21215** | | - | medical - various accounts | | | | 314.00 |

Sheet no. __**1**___ of __**7**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,832.32**

Form B6F - Cont.
(12/03)

In re  **Teresa T Eades**                                          ,          Case No.  __05-32864__
                                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5178-0524-1507-6310**<br><br>**Capital One**<br>**11011 W. Broad St.**<br>**Glen Allen, VA 23060-5937** | | - | credit | | | | 697.14 |
| Account No. **410-669-7145**<br><br>**CCI**<br>**PO Box 11823**<br>**Roanoke, VA 24022** | | - | service | | | | 72.63 |
| Account No.<br><br>**Central MD Primary Care Assoc.**<br>**201-109 Back River Neck Road**<br>**Essex, MD 21221** | | - | medical | | | | 87.30 |
| Account No. **5454442**<br><br>**City of Baltimore**<br>**200 Holiday Street**<br>**Baltimore, MD 21202** | | - | medical | | | | 410.00 |
| Account No.<br><br>**First USA**<br>**P.O. Box 8864**<br>**Wilmington, DE 19899** | | - | credit | | | | 8,586.36 |

Sheet no. __2__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **9,853.43**

Form B6F - Cont.
(12/03)

In re  **Teresa T Eades**                                           ,          Case No.  **05-32864**
                              Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **020627-1** | | | misc. | | | | |
| **Forward Properties** **c/o Investment Retrievers, Inc.** **PO Box 4733** **El Dorado Hills, CA 95762** | | - | | | | | 11,138.74 |
| Account No. | | | misc. | | | | |
| **GE Money Bank** **PO Box 6150** **Rapid City, SD 57709** | | - | | | | | 377.86 |
| Account No. | | | credit | | | | |
| **HSBC Card Services** **PO Box 17051** **Baltimore, MD 21297** | | - | | | | | 817.08 |
| Account No. | | | medical | | | | |
| **Lab Corp.** **PO Box 2240** **Burlington, NC 27216** | | - | | | | | 97.07 |
| Account No. | | | credit | | | | |
| **Lerner New York** **P.O. Box 182116** **Columbus, OH 43218** | | - | | | | | 585.89 |

Sheet no. __3__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **13,016.64**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re __Teresa T Eades_____,    Case No. ___05-32864_____
                              Debtor

## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **21217TRSS80605** <br><br> **LTD Commodities, Inc** <br> **P.O. Box 296** <br> **Northbrook, IL 60065** | - | | | | **misc.** | | | | 234.13 |
| Account No. <br><br> **Maryland General Health Systems** <br> **P.O. Box 64522** <br> **Baltimore, MD 21264** | - | | | | **medical** | | | | 156.00 |
| Account No. <br><br> **Maryland General Health Systems** <br> **P.O. Box 64522** <br> **Baltimore, MD 21264** | - | | | | **medical** | | | | 306.16 |
| Account No. <br><br> **Maryland General Hopsital** <br> **Proco** <br> **P.O. Box 2462** <br> **Aston, PA 19014** | - | | | | **medical** | | | | 78.28 |
| Account No. **395-2880963** <br><br> **OSI Collection Services, Inc.** <br> **P.O. Box 8800** <br> **Jacksonville, FL 32239** | - | | | | **collection** | | | | 80.27 |

Sheet no. __4___ of __7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

854.84

Form B6F - Cont.
(12/03)

In re **Teresa T Eades**                                              Case No.   **05-32864**
_____,
                         Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Providian Financial**<br>**P.O. Box 9055**<br>**Pleasanton, CA 94566-9055** | | - | credit | | | | 1,065.03 |
| Account No.<br><br>**Sams Club**<br>**P.O. Box 103036**<br>**Roswell, GA 30076** | | - | credit | | | | 377.86 |
| Account No.<br><br>**Sears**<br>**P.O. Box 818017**<br>**Cleveland, OH 44181-8017** | | - | judgment | | | | 1.00 |
| Account No.<br><br>**Sprint PCS**<br>**P.O. Box 8077**<br>**London, KY 40742** | | - | service | | | | 78.72 |
| Account No.<br><br>**SSA Baltimore FCU**<br>**P.O. Box 7560**<br>**Gwynn Oak, MD 21207** | | - | loans | | | | 2,819.08 |

Sheet no. __5__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **4,341.69**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Teresa T Eades**                                                    ,   Case No. _____**05-32864**_____
                                      Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5592582** <br><br> **State of Maryland** <br> **c/o NCO Financial Systems, Inc** <br> **PO Box 17667** <br> **Baltimore, MD 21297** | | - | misc. | | | | 229.03 |
| Account No. <br><br> **ThroneRoom Corporation** <br> **8775 Cloudleap Court** <br> **Suite P** <br> **Columbia, MD 21045** | | - | misc. | | | | 1,803.00 |
| Account No. <br><br> **ThroneRoom Corporation** <br> **8775 Cloudleap Court** <br> **Suite P** <br> **Columbia, MD 21045** | | - | misc. | | | | 910.50 |
| Account No. <br><br> **ThroneRoom Corporation** <br> **8775 Cloudleap Court** <br> **Suite P** <br> **Columbia, MD 21045** | | - | misc. | | | | 1,742.50 |
| Account No. <br><br> **Verizon** <br> **P.O. Box 17577** <br> **Baltimore, MD 21297** | | - | service | | | | 1,716.75 |

Sheet no. __**6**__ of __**7**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,401.78

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re __Teresa T Eades_____,    Case No. ___05-32864_____
                                                                Debtor

## AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **000934971445 22Y**<br><br>**Verizon**<br>**PO Box 660720**<br>**Dallas, TX 75266** | - | | | service | | | | 628.72 |
| Account No.<br><br>**WFNNB**<br>**P.O. Box 659407**<br>**San Antonio, TX 78265** | - | | | misc. | | | | 585.89 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __7___ of __7___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 1,214.61 |
| Total (Report on Summary of Schedules) | 41,172.45 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

In re   **Teresa T Eades**                        ,       Case No.    **05-32864**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Luther Sales Furniture & Appliances**<br>**60 Plant Avenue**<br>**Suite 2**<br>**Hauppauge, NY 11788** | |

   **0**   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                       Best Case Bankruptcy

Form B6I
(12/03)

In re  **Teresa T Eades**                                                    Case No.   **05-32864**
_____
Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Single** | RELATIONSHIP  **son - Michael Deshields**  **Grandaughter - Arche**  **son - Michael Stockton**  **Neice - Vielca** | AGE  -  -  -  - |

| **EMPLOYMENT** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Tech** | |
| Name of Employer | **Social Security Administration** | |
| How long employed | **34 yrs.** | |
| Address of Employer | **PO Box 17719**  **Baltimore, MD 21235** | |

| INCOME: (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | **5,610.00** | $ | **N/A** |
| Estimated monthly overtime | $ | **0.00** | $ | **N/A** |
| SUBTOTAL | $ | **5,610.00** | $ | **N/A** |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **783.62** | $ | **N/A** |
| b. Insurance | $ | **152.06** | $ | **N/A** |
| c. Union dues | $ | **34.67** | $ | **N/A** |
| d. Other (Specify)   **See Detailed Income Attachment** | $ | **1,136.45** | $ | **N/A** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **2,106.80** | $ | **N/A** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | **3,503.20** | $ | **N/A** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | **0.00** | $ | **N/A** |
| Income from real property | $ | **0.00** | $ | **N/A** |
| Interest and dividends | $ | **0.00** | $ | **N/A** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **N/A** |
| Social security or other government assistance (Specify) | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| Pension or retirement income | $ | **0.00** | $ | **N/A** |
| Other monthly income (Specify) | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| TOTAL MONTHLY INCOME | $ | **3,503.20** | $ | **N/A** |

TOTAL COMBINED MONTHLY INCOME          $ _____ **3,503.20**          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Form B6I
(12/03)

In re  **Teresa T Eades**                                                    Case No.  **05-32864**
_____          _____
                        Debtor(s)

### SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED
#### Detailed Income Attachment

**Other Payroll Deductions:**

| | | | |
|---|---|---|---|
| **CSRS Retirement** | $ | **287.56** | $  **N/A** |
| **Charity** | $ | **4.33** | $  **N/A** |
| **FEGLI** | $ | **16.90** | $  **N/A** |
| **Allotment** | $ | **277.33** | $  **N/A** |
| **Savings allotments** | $ | **355.33** | $  **N/A** |
| **Federal tax levy** | $ | **195.00** | $  **N/A** |
| **Total Other Payroll Deductions** | $ | **1,136.45** | $  **N/A** |

In re **Teresa T Eades**                                                                    Case No.   **05-32864**
_____                                          _____
                              Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | | $ | 800.00 |
| Are real estate taxes included? | Yes ___ | No **X** | |
| Is property insurance included? | Yes ___ | No **X** | |
| Utilities: | Electricity and heating fuel | $ | 350.00 |
| | Water and sewer | $ | 60.00 |
| | Telephone | $ | 100.00 |
| | Other    **See Detailed Expense Attachment** | $ | 259.00 |
| Home maintenance (repairs and upkeep) | | $ | 100.00 |
| Food | | $ | 700.00 |
| Clothing | | $ | 125.00 |
| Laundry and dry cleaning | | $ | 100.00 |
| Medical and dental expenses | | $ | 100.00 |
| Transportation (not including car payments) | | $ | 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 75.00 |
| Charitable contributions | | $ | 50.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | | |
| | Homeowner's or renter's | $ | 0.00 |
| | Life | $ | 0.00 |
| | Health | $ | 0.00 |
| | Auto | $ | 0.00 |
| | Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | | |
| | (Specify) | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | | |
| | Auto | $ | 0.00 |
| | Other    **Luther Furniture** | $ | 256.00 |
| | Other | $ | 0.00 |
| | Other | $ | 0.00 |
| Alimony, maintenance, and support paid to others | | $ | 0.00 |
| Payments for support of additional dependents not living at your home | | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| Other    **Grooming** | | $ | 80.00 |
| Other    **Support to grand-daughter and niece** | | $ | 75.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)         $    3,430.00

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | | |
|---|---|---|---:|
| A. | Total projected monthly income | $ | N/A |
| B. | Total projected monthly expenses | $ | N/A |
| C. | Excess income (A minus B) | $ | N/A |
| D. | Total amount to be paid into plan each _____ | $ | N/A |
| | | (interval) | |

In re  **Teresa T Eades**                                                      Case No.  **05-32864**
_____                           _____
                        Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **cable** | $ | **160.00** |
| **cell** | $ | **99.00** |
| **Total Other Utility Expenditures** | $ | **259.00** |

# United States Bankruptcy Court
## District of Maryland

In re  **Teresa T Eades**                                              Case No.  **05-32864**

_____          Chapter  **7**
Debtor(s)

# CERTIFICATE OF SERVICE

I hereby certify that on **March 11, 2009**, a copy of  **Amended Schedules B,C, E, F, G, I and J**   was served
electronically or by regular United States mail to all interested parties, the Trustee and all creditors.

**/s/ Jill A. Kolodner, Esq.**
**Jill A. Kolodner, Esq. 08016**
**Jill A. Kolodner, Esquire**
**14 W. Madison Street**
**Baltimore, MA 21201**
**(410) 837-2144Fax:(410) 246-1882**